UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SPECNOR TECHNIC CORP.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO. 8:10-CV-01148-RAL-MAP

SPEEDLINE TECHNOLOGIES, INC.,

    Defendants.
_____/

## **MOTION FOR ADMISSION PRO HAC VICE & CONSENT TO ACT**

Defendant SPEEDLINE TECHNOLOGIES, INC., ("Movant") by and through its undersigned counsel and pursuant to Rule 2.02, U.S. District Court Rules, Middle District of Florida, files this motion requesting the admission, *pro hac vice*, of Keith F. Noe. A copy of a proposed order is attached as "Exhibit A". The grounds upon which this motion is based are as follows:

1. Mr. Noe is a member in good standing of the bars of Massachusetts, Missouri, Illinois, Rhode Island and New Hampshire and the United States District Court for the District of Massachusetts.

2. Mr. Noe is a partner with the law firm of Lando & Anastasi, LLP. His office is located at One Main Street - 11th Floor, Cambridge, MA 02142. His business telephone number is (617) 395-7039.

3. Mr. Noe does not appear regularly in this Court to such a degree as to constitute the regular practice of law in the State of Florida.

4. Mr. Noe has not appeared *pro hac vice* in any other court in the State of Florida during the preceding twelve months.

5. Mr. Noe is currently not, nor has he ever been, suspended or disbarred by any jurisdiction; nor has he been the subject of disciplinary action by the bar or courts of any jurisdiction.

6. Joseph J. Weissman and the law firm of Johnson, Pope, Bokor, Ruppel & Burns, LLP, have been designated as local counsel for Movant, upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of non-resident counsel and consents to act as local counsel pursuant to Local Rule 2.02(a).

7. Mr. Noe is familiar with the Local Rules and agrees to abide by them, as well as the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

WHEREFORE, Movant requests that Keith F. Noe be admitted *pro hac vice* pursuant to Rule 2.02, U.S. District Court Rules, Middle District of Florida.

/s/ *Joseph J. Weissman*
JOSEPH J. WEISSMAN, FBN 041424
JOHNSON, POPE, BOKOR, RUPPEL
 & BURNS, LLP
403 E. Madison Street, Suite 400
Tampa, FL 33602
E-Mail: josephw@jpfirm.com
Phone: (813) 225-2500
Facsimile: (813) 223-7118

And

Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Phone: (617) 395-7039
Facsimile: (617) 395-7070
Counsel for Movant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of August, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of filing to the following counsel: Michael John Colitz, III and Woodrow Heath Pollack, GrayRobinson, PA, 201 N. Franklin Street, Suite 2200, Tampa, FL 33602.

/s/ Joseph J. Weissman
Joseph J. Weissman, FBN 0041424
JOHNSON, POPE, BOKOR,
 RUPPEL & BURNS, LLP
403 E. Madison Street, 4th Floor
Tampa, FL 33602
(813) 225-2500
(813) 223-7118 (Fax)
E-Mail: josephw@jpfirm.com

137291

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SPECNOR TECHNIC CORP.,

    Plaintiff,

v.                                CASE NO. 8:10-CV-01148-RAL-MAP

SPEEDLINE TECHNOLOGIES, INC.,

    Defendants.
_____/

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter came before the Court upon the motion of Defendant SPEEDLINE TECHNOLOGIES, INC., for an order admitting Keith F. Noe to practice before this Court, *pro hac vice*. Accordingly, it is

ORDERED AND ADJUDGED THAT Keith F. Noe is hereby admitted, *pro hac vice*, to practice in the United States District Court for the Middle District of Florida with respect to the above-captioned matter.

DONE AND ORDERED in Chambers this ____ day of _____, 2010.

                                                  U.S. District Court Judge
                                                  Middle District of Florida

137292

98468



EXHIBIT A